**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Carol Reid Smallwood, Barbara Reid Strickland, Ann Reid Hamlin, William L. Reid, III, Judith Lawrence Medlin, and Frances Patterson Lawrence, Appellants,

v.

Helen M. Lee, Linda Lee and Joe Lee, Jr. as Co-Trustees of the Joseph H. Lee, Sr. Family Trust U/W, Respondents.

Appellate Case No. 2013-001386

Appeal From Fairfield County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2014-UP-398
Heard October 14, 2014 – Filed November 12, 2014

**AFFIRMED**

John Evans James, III, of Winnsboro, for Appellants.

James W. Boyd, of Rock Hill, for Respondents.

**PER CURIAM:** Carol Reid Smallwood, Barbara Reid Strickland, Ann Reid Hamlin, William L. Reid, III, Judith Lawrence Medlin, and Frances Patterson

Lawrence appeal the ruling of the trial court denying their claim for a prescriptive easement against Helen M. Lee, Linda Lee, and Joe Lee, Jr., as Co-Trustees of the Joseph H. Lee, Sr. Family Trust U/W.  We affirm.

We find the trial court did not err in denying Appellants' claim for prescriptive easement due to their permissive use of Respondents' property.  *See Paine Gayle Props., LLC v. CSX Transp., Inc.*, 400 S.C. 568, 584, 735 S.E.2d 528, 537 (Ct. App. 2012) (stating that use by express or implied permission cannot ripen into a prescriptive easement).

**AFFIRMED.**

**HUFF and KONDUROS, JJ., and CURETON, A.J., concur.**